UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:22 CV 809 RWS |
| | ) |
| THE HERTZ CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to compel defendants Hertz and Ace to attend their depositions and supplement discovery responses as agreed. Defendants filed no objection to the motion, and their time for doing so has now expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [51] is granted in its entirety, and defendants Hertz Corporation and Ace American Insurance shall supplement their answers to interrogatories, in writing, under oath, and without objection, and provide any responsive documents requested within ten (10) days of the date of this Memorandum and Order or face sanctions.

**IT IS FURTHER ORDERED** that defendants Hertz Corporation and Ace American Insurance shall appear for their depositions as noticed by plaintiffs within ten (10) days of the date of this Memorandum and Order or face sanctions.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2023.