UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4: 22 CV 809 RWS |
| HERTZ CORP., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER TO SHOW CAUSE AND SETTING HEARING

This matter is before me on plaintiffs' motion for sanctions. ECF 56. On March 2, 2023, I granted plaintiffs' unopposed motion to compel defendants Hertz Corporation and Ace American Insurance to appear for their depositions by March 22, 2023. ECF 52. Defendants did not appear for their depositions, and did not ask the Court to extend the deadline for them to do so. Instead, defense counsel claims that he has "no one to produce" for the corporate designee depositions. Plaintiffs now seek to strike defendants' pleadings and request default judgment be entered against these two defendants for their failure to appear for depositions as ordered by this Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Hertz Corporation and Ace American Insurance Company shall show cause in writing by **April 10, 2023** why the Court should not enter the sanctions requested by plaintiffs for defendants'

failure to appear for their depositions as ordered by this Court.  **No extensions of time will be granted, and failure to timely respond will result in the Court entering the requested sanctions without further notice.  No additional briefing is permitted**.

**IT IS FURTHER ORDERED** that the Court will hold a hearing on plaintiffs' motion for sanctions on **April 12, 2023 at 2:30 p.m. in Courtroom 16-South.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2023.