UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4: 22 CV 809 RWS |
| HERTZ CORP., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that plaintiffs' motion for sanctions [56] is granted to the following extent: 1) **defendants Hertz Corporation and Ace American Insurance Company shall appear for their depositions, and their depositions shall be completed, before May 2, 2023, or additional sanctions, which may include entry of default, will issue**; 2) defendants Hertz Corporation and Ace American Insurance Company shall pay plaintiffs' reasonable attorneys' fees and costs incurred in bringing the motion to compel [51] and motion for sanctions [56], and plaintiffs shall submit the necessary attorney affidavits and documentation in support of the award by not later than **April 26, 2023**.  Any objection to the reasonableness of the request must be made in writing by defendants no later than noon on **May 1, 2023** or is waived.  **Plaintiffs' motion for sanctions**

**remains pending as the Court may award additional sanctions if defendants fail to comply with this Memorandum and Order.**

**IT IS FURTHER ORDERED** that, **due to the Court's schedule, a further hearing on plaintiffs' motion for sanctions [56] will be held on May 3, 2023 at 10:30 a.m. in Courtroom 16-South, rather than on May 2, 2023 as originally discussed with counsel.**

**IT IS FURTHER ORDERED** that plaintiffs do not have to comply with the expert disclosure deadlines contained in the amended case management order [48].

**IT IS FURTHER ORDERED** that no later than **April 26, 2023**, the parties shall submit a proposed amended case management order for the Court's consideration which sets out new expert discovery deadlines.

**IT IS FURTHER ORDERED** that **the ADR completion deadline is extended an additional 90 days**.

						_____
						RODNEY W. SIPPEL
						UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2023.