UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:22 CV 809 RWS |
| ) | |
| HERTZ CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that the deposition of the ESIS witness identified during today's hearing will be completed by **June 2, 2023**.

**IT IS FURTHER ORDERED** that the Court will hold a further hearing on plaintiffs' motion for sanctions [56] on **Thursday, June 8, 2023 at 10:30 a.m. in Courtroom 16-South.**

**IT IS FURTHER ORDERED** that plaintiffs' motion to supplement [62] is granted without objection, and **defendants Hertz Corporation and Ace American Insurance Company shall each pay plaintiffs $1,080.58 in attorneys' fees and costs, for a total award of $2,161.16**.

**IT IS FURTHER ORDERED** that the case management order deadlines are vacated.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2023.