UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:22 CV 809 RWS |
| | ) |
| HERTZ CORP., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

With consent of the defendants and for good cause shown,

**IT IS HEREBY ORDERED** that motion for leave to file a second amended complaint [69] is granted, and the second amended complaint [69-1] is deemed filed as of this date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2023.