UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4: 22 CV 809 RWS |
| HERTZ CORP., et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Given the expiration of the stay and the notice of settlement filed by defendant AMCO [87], which indicates that plaintiff Meredith has settled her claims against AMCO and non-party Nationwide General Insurance Company, it appears that no second amended complaint will be filed and no additional parties will be added to this case. Therefore, the parties are ordered to submit a joint proposed amended case management order which sets out deadlines for the remainder of this case.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a joint proposed amended case management order by no later than **November 2, 2023**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2023.