IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA MARLETT,<br><br>               Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, ACE AMERICAN INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE CO.,<br><br>               Defendants. | Case No. 4:22-cv-00809-RWS<br><br>*So Ordered*<br>*[signature] 11/12/24* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela Marlett and Defendants The Hertz Corporation, Ace American Insurance Company and AMCO Insurance Company (incorrectly identified as Nationwide Mutual Insurance Co. in Plaintiff's Petition), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-referenced case with prejudice, each party to bear their own costs, expenses and attorneys' fees.

Dated: November 11, 2024

Respectfully submitted,

/s/ David Simkins
David Simkins, (MO # 44509)
COFMAN TOWNSLEY, LLP
7701 Clayton Road
St. Louis, MO 63117
(314) 621-2005
dsimkins@cofmantownsley.com

***Attorneys for Plaintiff Angela Marlett***

/s/ Steven J. Hughes
Steven J. Hughes (MO #38968)
Joseph M. Hoffman (MO #67360)
HUGHES LAWYERS, LLC
1314 S. 18th St.
St. Louis, MO 63104
(314) 328-5770
steve@hugheslawyersllc.com
joe@hugheslwayersllc.com

**Attorneys for Defendants The Hertz Corporation and Ace American Insurance Company**

/s/ Chapman W. Williams
Douglas S. Beck (MO #49984)
Bradley S. Thomas (MO #68811)
Michael T. Hayes (MO #71922)
Chapman W. Williams (MO #70544)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
dbeck@shb.com
bsthomas@shb.com
mhayes@shb.com
cwwilliams@shb.com

**Attorneys for Defendant AMCO Insurance Company**